UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 9 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL SWANKS, )
)
Plaintiff, )
)
v. ) Civil Action No. 94-2421 (SSH/JMF)
)
WASHINGTON METROPOLITAN AREA )
TRANSIT AUTHORITY, )
)
Defendant. )

Let this be filed
Judge Harris

*SSH*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties, through their respective counsel, hereby stipulate to the dismissal of the within action with prejudice, it being acknowledged that the judgment previously entered herein has been satisfied in full, including all claims for attorneys fees.

Date: April 7, 2000

_____
Woodley B. Osborne
Bar no. 043406
OSBORNE & DEUTSCH
1666 Connecticut Avenue, N.W.
Washington, D.C. 20009
202-728-0820

_____
Lisa D. Fentress (WBO)
Lisa D. Fentress (Bar no. 421885)
Robert J. Gniaz (Bar no. 385686)
Washington Metropolitan Area
Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
202-962-1468
Counsel for the Defendant

_____
Karen McDonald Lopez
860 Schafer Street
Flint, Michigan 46503
810-238-8044
Counsel for the Plaintiff

77